IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

STEPHEN DARDEN
Reg #26754-044                                                                                    PLAINTIFF

v.                        Case No. 2:10-cv-197-DPM-BD

T.C. OUTLAW,
Warden, FCI-Forrest City                                                                    DEFENDANT

ORDER

The Court has reviewed United States Magistrate Judge Beth Deere's Recommended Disposition—to which Stephen Darden has not objected. Seeing no clear error of fact on record as a whole, FED. R. CIV. P. 72(b) (1983 advisory committee note), or legal error, the Court adopts Magistrate Judge Deere's recommendation as its own. Darden's petition for a writ of habeas corpus, *Document No. 1*, is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 March 2011